# IN THE SUPREME COURT OF THE STATE OF NEVADA

MBSC, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
   and
NEVADA CRT, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
WELLNESS CONNECTION OF
NEVADA, A NEVADA LIMITED
LIABILITY COMPANY,
Real Parties in Interest.

No. 79584

**FILED**

SEP 1 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This emergency, original petition for a writ of mandamus challenges a district court order appointing a third appraiser. Real parties in interest have timely filed an answer to the petition, as directed.

Having reviewed the petition, answer, and supporting documents, we conclude that our extraordinary intervention is not warranted. In particular, trial is scheduled to commence within the next few months, and petitioner has an adequate and speedy legal remedy in the form of an appeal from the final judgment, precluding writ relief. NRS

19-39212

34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
Albright Stoddard Warnick & Albright
Jolley Urga Woodbury Holthus & Rose
Eighth District Court Clerk